UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeffrey Lee Barnes**  Docket No. 5:14-CR-212-1BO

### Petition for Action on Supervised Release

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeffrey Lee Barnes, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 26, 2015, to the custody of the Bureau of Prisons for a term of 40 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Jeffrey Lee Barnes was released from custody on September 22, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 2, 2017, the undersigned officer received notification from the Beaufort County Sheriff's Office that North Carolina State Highway Patrol had issued a warrant for Barnes for Fleeing and Eluding Arrest with a Motor Vehicle (17CR051790). Barnes was also issued citations for Fail to Wear a Seat Belt and Fail to Burn Headlamps (17IF703714). The offense occurred on October 1, 2017, Barnes turned himself in on October 2, 2017 to Trooper Locklear and was released on a $500 unsecured bond. Barnes notified the undersigned officer of the new charge on October 3, 2017, and also admitted to drinking alcohol before driving. Barnes is currently attending mental health and substance abuse treatment at First Step Services in Raleigh, North Carolina. In response to the violation conduct, we are recommending that the defendant abstain from alcohol and abide by a curfew.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 30 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Jeffrey Lee Barnes
Docket No. 5:14-CR-212-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Gonigam
Melissa K. Gonigam
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: (252) 830-2345
Executed On: October 10, 2017

**ORDER OF THE COURT**

Considered and ordered this **10** day of **October**, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge