UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeffrey Lee Barnes**                                   **Docket No. 5:14-CR-212-1BO**

### Petition for Action on Supervised Release

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeffrey Lee Barnes, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 26, 2015, to the custody of the Bureau of Prisons for a term of 40 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Jeffrey Lee Barnes was released from custody on September 22, 2017, at which time the term of supervised release commenced. On October 10, 2017, a Petition for Action was submitted advising that on October 2, 2017, the defendant was charged in Beaufort County, North Carolina, with Fleeing and Eluding Arrest with a Motor Vehicle (17CR051790), and Fail to Wear Seat Belt and Fail to Burn Headlamps (17IF703714). Barnes admitted guilt, and the court ordered that he adhere to a curfew with electronic monitoring and to abide by the terms and conditions of the Remote Alcohol Monitoring Program for a period of 30 days.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant missed scheduled Soberlink breathalyzer tests on 8 occasions in October and November. He also asked family members to provide breathalyzer tests for him on 4 occasions. When confronted with this violation conduct, Barnes admitted to drinking alcohol and asking relatives to provide breath samples for him. We are recommending that he adhere to an additional 30 days of curfew and alcohol monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for an additional period of 30 consecutive days, for a total of 60 days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions, and procedures provided by the supervising officer.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for an additional period of 30 consecutive days, for a total of 60 days.

Except as herein modified, the judgment shall remain in full force and effect.

Jeffrey Lee Barnes
Docket No. 5:14-CR-212-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Melissa K. Gonigam<br>Melissa K. Gonigam<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: (252) 830-2345<br>Executed On: November 7, 2017 |

## ORDER OF THE COURT

Considered and ordered this _8_ day of _November_, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge